UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JIMMY CHUNG,
                Plaintiff,

v.

MATTHEW J. DILORENZO and
CHRISTOPHER F. DILORENZO,
                Defendants.
--------------------------------------------------------------x



**ORDER STAYING ACTION PENDING ARBITRATION**

21 CV 3455 (VB)

       By letter dated September 22, 2021, the parties informed the Court they have agreed to arbitrate the instant dispute. (Doc. #12). Accordingly, it is HEREBY ORDERED:

1. This action is hereby STAYED pending arbitration.

2. The Clerk is instructed to administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

All scheduled conferences or other scheduled court appearances are cancelled.

Dated: September 23, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] See Zimmerman v. UBS AG, 2018 WL 4054860, at *6 (S.D.N.Y. Aug. 24, 2018), appeal dismissed, 789 F. App'x 914, 915–16 (2d Cir. 2020) (summary order) ("The district court's administrative closure of the case does not constitute a final decision: there is no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which we will assume was made for administrative or statistical convenience.").